UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN SIMONES, | Case No. 2:21-cv-08265-VAP (KESx) |
| Plaintiff, | Hon. Virginia A. Phillips |
| vs. | [~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER |
| THE JERDE PARTNERSHIP, INC. SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN; COMMITTEE OF THE JERDE PARTNERSHIP, INC. SUPPLEMENTAL EXECUTIVE RETIREMENT PLAN; THE JERDE PARTNERSHIP, INC.; AND UNNAMED DOES 1-10, | Complaint Filed: October 19, 2021<br>Trial Date: None Set |
| Defendants. | |

**ORDER GRANTING STIPULATED PROTECTIVE ORDER**

After consideration of the Stipulation for a protective order filed by Defendants The Jerde Partnership, Inc. Supplemental Executive Retirement Plan; Committee of The Jerde Partnership, Inc. Supplemental Executive Retirement Plan; and The Jerde Partnership, Inc. (collectively "Defendants") and Plaintiff John Simones, and after considering all other matters presented to the Court, and good cause having been shown, the stipulation is so ORDERED.

**IT IS SO ORDERED.**

Dated:  March 11, 2022                              /s/ Karen E. Scott
                                                                  Hon. Karen E. Scott
                                                                  United States Magistrate Judge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4893-8289-2820.1

-2-
Case No.  2:21-cv-08265-VAP (KESx)
[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER